UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARABIA JENNINGS,

              Plaintiff,

-v-

CITY OF NEW YORK, POLICE DEPARTMENT OF THE CITY OF NEW YORK, EDWARD WINSKI, Individually and in His Official Capacity,

              Defendants.

CIVIL ACTION NO.: 22 Civ. 1885 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' proposed briefing schedule in the Notice of Motion to Dismiss (ECF No. 13 (the "Motion")) is ADOPTED, and the Court orders as follows:

1. By **July 19, 2022**, Plaintiff shall file their opposition to the Motion; and

2. By **August 9, 2022**, Defendants shall file their reply.

Dated:    New York, New York
            June 10, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge