

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**ELISHEVA L. ROSEN**
Phone:(212) 356-3522
Fax:(212) 356-2089
E-mail: erosen@law.nyc.gov

**Via ECF**
Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl St., Room 1670
New York, NY 10007

> The Court is in receipt of the parties' proposed briefing schedule for Defendants' motion to dismiss the Amended Complaint. (ECF No. 47). The request is GRANTED and the proposed briefing schedule is ADOPTED.
>
> The Clerk of Court is respectfully directed to close ECF No. 47.
>
> SO ORDERED.    05/18/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:  Arabia Jennings v. City of New York, et. al.
     Civil Action No.: 22-CV-1885

Dear Judge Cave:

      I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants City of New York ("City"), Deputy Chief Edward Winski, and Deputy Commissioner Marisa, (collectively, "Defendants") in the above-referenced matter. Defendants write, pursuant to Rule III(A) of Your Honor's Individual Practices in Civil Cases, to inform the Court of the parties agreed to briefing schedule for Defendants' motion to dismiss the Amended Complaint.

      On May 16, 2023, Defendants filed a premotion letter directed to District Judge Woods requesting a premotion conference to address Defendants' proposed motion to dismiss the Amended Complaint. See ECF Dkt. No. 45. Judge Woods subsequently redirected Defendants to file the premotion letter with Your Honor. As Your Honor's Individual Practices in Civil Cases do not require a premotion letter, the parties request that the Court adopt the below briefing schedule:

- Defendants' moving papers due June 2, 2023
- Plaintiff's opposition due June 22, 2023
- Defendants' reply due July 7, 2023

      I thank the Court for its attention and consideration of this request.

Respectfully submitted,

/s/ Elisheva L. Rosen
Elisheva L. Rosen
