UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARABIA JENNINGS,

           Plaintiff,

-v-

CITY OF NEW YORK; EDWARD WINSKI, in his official and individual capacities; and MARISA CAGGIANO, in her official and individual capacities,

           Defendants.

CIVIL ACTION NO. 22 Civ. 1885 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On review of the parties' proposed case management plan (ECF No. 60 (the "PCMP")), the Court finds that an initial case management conference ("ICMC") is unnecessary. Accordingly, the ICMC scheduled for January 18, 2024 (see ECF No. 58) is CANCELLED. The Court will enter the PCMP by separate Order.

A telephonic status conference is scheduled for **Tuesday, February 27, 2024 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to terminate the ICMC scheduled for January 18, 2024.

Dated:    New York, New York
           January 10, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**