```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/01/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARABIA JENNINGS,

                 Plaintiff,

-against-

CITY OF NEW YORK et al.,

                 Defendants.

22-CV-01885 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the previous order referring the case to Magistrate Judge Cave for general pretrial supervision and for dispositive motions (*i.e.*, motions requiring a Report and Recommendation). *See* Dkt. No. 5. All deadlines and dates issued by Magistrate Judge Cave likewise remain in effect, and applications related to those deadlines should continue to be directed to Magistrate Judge Cave. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

      All parties are hereby notified that the undersigned was the Commissioner of the New York City Department of Investigation during portions of the time period identified in the Complaint (2018-2021) and remained in that position until November 10, 2021. The Department of Investigation has oversight and Inspector General jurisdiction over the New York City Police Department, although that oversight does not typically extend to misconduct by individual police officers, which is typically within the jurisdiction of the NYPD's Internal Affairs Bureau and the Civilian Complaint Review Board. As far as the Court is aware, the undersigned has no particular or confidential knowledge about the events discussed in the Complaint, and thus sees no basis for recusal at this time. However, if any party wishes to move for recusal, has additional information that may bear on recusal, or wishes to discuss the question of recusal with the Court at a conference, they should file an appropriate letter on ECF no later than **March 8, 2024**.

Dated: March 1, 2024
       New York, New York

                                       SO ORDERED.

                                       MARGARET M. GARNETT
                                       United States District Judge