UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARABIA JENNINGS,

               Plaintiff,

-v-

CITY OF NEW YORK; EDWARD WINSKI, in his official and individual capacities; and MARISA CAGGIANO, in her official and individual capacities,

               Defendants.

CIVIL ACTION NO. 22 Civ. 1885 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Pursuant to the telephonic conference held today, July 2, 2024, by **Friday, July 12, 2024**, the parties shall meet and confer and file a proposed amended case management plan. (<u>See</u> ECF No. 62). A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave. To the extent the parties disagree about any portion of the proposed amended case management plan, they may set forth their respective proposals for the disputed provision, <u>without argument</u>.

Dated:      New York, New York
              July 2, 2024

                                              SO ORDERED.

                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**