UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARABIA JENNINGS,

          Plaintiff,

-v-

CITY OF NEW YORK; EDWARD WINSKI, in his official and individual capacities; and MARISA CAGGIANO, in her official and individual capacities,

          Defendants.

CIVIL ACTION NO. 22 Civ. 1885 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On review of the parties' proposed amended case management plan (ECF No. 72 (the "PACMP")), the Court finds that a case management conference is unnecessary. The Court will enter the PACMP by separate Order. In addition, a telephonic status conference is scheduled for **Wednesday, September 11, 2024 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            July 10, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**