UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARABIA JENNINGS,<br><br>                          Plaintiff,<br><br>   -v-<br><br>CITY OF NEW YORK; EDWARD WINSKI, in his official and individual capacities; and MARISA CAGGIANO, in her official and individual capacities,<br><br>                          Defendants. | CIVIL ACTION NO. 22 Civ. 1885 (MMG) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, September 11, 2024 (the "Conference"), the Court orders as follows:

1. A follow-up telephonic status conference is scheduled for **Monday, October 21, 2024 at 2:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

2. By **5:00 p.m. on Thursday, October 17, 2024**, the parties shall file letters no longer than three pages containing status updates and/or highlighting any issues about which the parties have met and conferred and are ripe for the Court's consideration.

3. Either party may order a transcript of the Conference by completing the annexed transcript request form and submitting the request to etranscripts@nysd.uscourts.gov.

Dated:    New York, New York
          September 11, 2024

                                        SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**