UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARABIA JENNINGS,

                Plaintiff,

-v-

CITY OF NEW YORK; EDWARD WINSKI, in his official and individual capacities; and MARISA CAGGIANO, in her official and individual capacities,

                Defendants.

CIVIL ACTION NO. 22 Civ. 1885 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, October 21, 2024 (the "Conference"), the Court orders as follows:

1. Defendants' request that Plaintiff amend her HIPAA releases to authorize production of medical records prior to January 1, 2019 is DENIED WITHOUT PREJUDICE. Should Defendants learn through discovery (e.g., deposition testimony or interrogatory responses) that Ms. Jennings sought treatment related to her claims before January 2019, they may renew their request.

2. Defendants' request that Plaintiff complete New York State Form DTF-505 to authorize the release of her tax returns is DENIED.

3. Plaintiff is ORDERED to respond to Defendants' Interrogatories 7 through 15.

4. All fact discovery must be completed by **Friday, November 29, 2024**, except for the deposition of Mr. Winski, which is scheduled for Wednesday, December 4, 2024.

5. The parties shall meet and confer regarding:

   a. Defendants' supplemental interrogatory responses and production of documents; and

   b. Plaintiff's Rule 30(b)(6) Notice and the format (in person or remote) of the individual Defendants' depositions.

6. A follow-up telephonic status conference is scheduled for **Wednesday, November 13, 2024 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

7. Either party may order a transcript of the Conference by completing the annexed transcript request form and submitting the request to etranscripts@nysd.uscourts.gov.

Dated:   New York, New York
         October 21, 2024

SO ORDERED.

*Sarah L. Cave* (signature)

**SARAH L. CAVE**
**United States Magistrate Judge**

2