UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARABIA JENNINGS,

                Plaintiff,

  -v-

CITY OF NEW YORK; EDWARD WINSKI, in his official and individual capacities; and MARISA CAGGIANO, in her official and individual capacities,

                Defendants.

CIVIL ACTION NO. 22 Civ. 1885 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a scheduling conflict, the telephonic status conference scheduled for Wednesday, November 13, 2024 at 10:00 a.m. is RESCHEDULED to **Tuesday, November 12, 2024 at 5:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. All other terms of the Court's October 21, 2024 Order remain in effect.

Dated:    New York, New York
            October 28, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**