UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARABIA JENNINGS,

                Plaintiff,

-v-

CITY OF NEW YORK; EDWARD WINSKI, in his official and individual capacities; and MARISA CAGGIANO, in her official and individual capacities,

                Defendants.

CIVIL ACTION NO. 22 Civ. 1885 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 28, 2024, the Court scheduled a telephonic status conference (the "Conference") for today, November 12, 2024, at 5:00 p.m. (See ECF No. 79). On Friday, November 8, 2024, counsel for Plaintiff Arabia Jennings filed a Letter-Motion for Conference identifying several apparent discovery disputes between the parties. (ECF No. 80 (the "Letter-Motion")). The undersigned's Individual Practices in Civil Cases provides that a party shall have three business days to oppose letter-motions. Because Plaintiff filed the Letter-Motion at 4:13 p.m. on Friday (see id.) and yesterday was a federal holiday, Plaintiff provided insufficient time for Defendants to respond before today's Conference. Accordingly, the Conference is RESCHEDULED to **Friday, November 22, 2024 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time and to meet and confer regarding the issues identified in the Letter-Motion before the Conference.

Dated:     New York, New York
            November 12, 2024

                                              SO ORDERED.

                                              *Sarah L. Cave*

_____
**SARAH L. CAVE**
**United States Magistrate Judge**