UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARABIA JENNINGS,

                            Plaintiff,

            -v-

CITY OF NEW YORK; EDWARD WINSKI, in his official
and individual capacities; and MARISA CAGGIANO,
in her official and individual capacities,

                            Defendants.

CIVIL ACTION NO. 22 Civ. 1885 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic discovery conference held today, November 22, 2024 (the "Conference"), the Court orders as follows:

1.  The fact discovery deadline in this matter is EXTENDED to **Monday, December 16, 2024**.  By **Friday, December 20, 2024**, the parties shall file a joint status letter certifying the completion of all fact discovery.

2.  With respect to Plaintiff's document requests, Defendants shall be required to search for and provide only the following:

    a.  Documents regarding the location of the tow-pound facility to which Plaintiff was assigned or transferred.

    b.  Emails in Defendant Caggiano's possession regarding Plaintiff's transfer.

    c.  The Personnel Profile Reports of the individuals Defendants' counsel previously identified and offered to produce.

    d.  Policies regarding training opportunities for individuals holding the title Administrative Staff Analyst – Level 1.

3. As to Plaintiff's Rule 30(b)(6) Notice of Deposition:

   a. The City of New York need not produce a witness prepared discuss Topics (d), (e), (f), (g), (h), (i), or (j).  (See ECF No. 80-4).

   b. The Court revises the remaining Topics, as to which the City shall produce a knowledgeable representative to testify, as follows:

      i. <u>Topic (a)</u>: The rules and procedures related to the promotion of Administrative Staff Analyst – Level 1 in CAD and HRD from 2016 to the present.

      ii. <u>Topic (b)</u>: The rules and procedures applicable to salary increases and adjustments for the position of Administrative Staff Analyst – Level 1 in CAD and HRD from 2016 to the present.

      iii. <u>Topic (c)</u>: The NYPD EEO's rules and procedures for requiring an Administrative Staff Analyst – Level 1 in CAD and HRD in 2018 to attend a professionalism in the workplace course.

   c. The parties shall meet and confer regarding the scheduling of the Rule 30(b)(6) deposition.

4. The deposition of Plaintiff Arabia Jennings shall take place on **Monday, December 16, 2024** in a format to be decided by the parties.

5. Either party may order a transcript of the Conference by completing the annexed transcript request form and submitting the request to etranscripts@nysd.uscourts.gov.

Dated:       New York, New York
             November 22, 2024

                          SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge