UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARABIA JENNINGS,

               Plaintiff,

  -v-

CITY OF NEW YORK; EDWARD WINSKI, in his official and individual capacities; and MARISA CAGGIANO, in her official and individual capacities,

               Defendants.

CIVIL ACTION NO. 22 Civ. 1885 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the joint letter describing the discovery disputes remaining between the parties. (ECF No. 107). To discuss these issues, a telephonic discovery conference is scheduled for **Wednesday, February 26, 2025 at 10:00 a.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 989-489-681#, at the scheduled time.

Dated:    New York, New York
            February 18, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**