UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARABIA JENNINGS,

                Plaintiff,

-v-

CITY OF NEW YORK; EDWARD WINSKI, in his official and individual capacities; and MARISA CAGGIANO, in her official and individual capacities,

                Defendants.

CIVIL ACTION NO. 22 Civ. 1885 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic discovery conference held today, February 26, 2025 (the "Conference"), the Court orders as follows:

1. For the reasons stated on the record, Plaintiff's requests regarding documents identified during depositions of Defendants' Rule 30(b)(6) witnesses are GRANTED IN PART and DENIED IN PART, as follows:

    a. Winski Document Request #5 is DENIED.

    b. Farnham Document Request #4 is DENIED.

    c. As to Winski Document Request #8 and Graham-DeCaul Document Request #4, by **Wednesday, March 5, 2025**, Plaintiff shall consult the employee directories previously produced by Defendants (see, e.g., ECF No. 107-2) and identify the individuals holding the title of Administrative Staff Analyst ("ASA") who worked within the Units in which Plaintiff worked from 2018 to 2021 and who appear to have been transferred (the "Potentially Transferred ASAs"). As to the Potentially Transferred ASAs, Defendants shall

conduct a reasonable search to identify and produce by **Friday, March 28, 2025**: (1) any Finest Message reflecting their transfer or reassignment, and (2) documents reflecting promotions or salary adjustments they received.

2. By **Friday April 4, 2025**, the parties shall file a joint letter certifying the completion of the discovery provided for in paragraph 1(c), above.

3. The summary judgment briefing schedule is AMENDED as follows:

    a. Motion: Wednesday, April 30, 2025

    b. Opposition: Friday, May 30, 2025

    c. Reply: Friday, June 13, 2025

4. Any party may order a transcript of the Conference by completing the annexed transcript request form and submitting the request to etranscripts@nysd.uscourts.gov.

Dated:     New York, New York
           February 26, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge