UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARABIA JENNINGS,

                Plaintiff,

  -v-

CITY OF NEW YORK; EDWARD WINSKI, in his official and individual capacities; and MARISA CAGGIANO, in her official and individual capacities,

                Defendants.

CIVIL ACTION NO. 22 Civ. 1885 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 4, 2025, the parties certified the close of discovery in this matter. (See ECF No. 110 (the "Certification Letter")). Four days after the filing of the Certification Letter, however, Defendants filed a Letter-Motion requesting a "sixty[-]day extension of summary judgment briefing [to] reopen Plaintiff's deposition" due to "numerous substantive significant changes [Plaintiff made] to her deposition testimony." (ECF No. 112 (the "Motion") at 1–2).

Observing that the Motion is unopposed and that the changes Plaintiff made to her deposition transcript are indeed "substantial," the Court GRANTS the Motion and will permit Defendants to "reopen the deposition and further cross-examine the witness." See Allen & Co. v. Occidental Petroleum Corp., 49 F.R.D. 337, 341 (S.D.N.Y. 1970); Hlinko v. Virgin Atl. Airways, No. 96 Civ. 2873 (KMW) (THK), 1997 WL 68563, at *1 (S.D.N.Y. Feb. 19, 1997) ("[T]he changes are so substantial in nature that they warrant reopening plaintiff's deposition for cross-examination on the substance of the changes, as well as plaintiff's reasons for making them."). By **Friday, May 16, 2025**, the parties shall file a joint letter on the docket regarding the status of Plaintiff's reopened deposition and any post-deposition discovery.

In addition, the Court EXTENDS the summary judgment briefing schedule, as follows:

1. Motion: **Monday, June 30, 2025**

2. Opposition: **Wednesday, July 30, 2025**

3. Reply: **Wednesday, August 13, 2025**

The Clerk of Court is respectfully directed to close ECF No. 112.

Dated:    New York, New York
          April 17, 2025

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              United States Magistrate Judge

2