UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARABIA JENNINGS,

                   Plaintiff,

  -v-

CITY OF NEW YORK; EDWARD WINSKI, in his official and individual capacities; and MARISA CAGGIANO, in her official and individual capacities,

                   Defendants.

CIVIL ACTION NO. 22 Civ. 1885 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint letter at ECF No. 114 and Plaintiff's supplemental letter at ECF No. 115 both filed on May 16, 2025. Defendants are ordered to serve their post-deposition document demands by **Monday June 2, 2025**. Plaintiff is ordered to respond to those demands by **Monday June 23, 2025**. By **Monday July 7, 2025**, the parties are directed to submit a joint letter certifying the completion of discovery.

Dated:    New York, New York
            May 19, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**