UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARABIA JENNINGS,

              Plaintiff,

-v-

CITY OF NEW YORK; EDWARD WINSKI, in his official and individual capacities; and MARISA CAGGIANO, in her official and individual capacities,

              Defendants.

CIVIL ACTION NO. 22 Civ. 1885 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint letter at ECF No. 119 and Plaintiff's supplemental letter at ECF No. 120 both filed on July 7, 2025. The parties are ORDERED to submit a joint status letter by **Tuesday, July 22, 2025** further updating the Court on the status of the outstanding discovery.

The Clerk of the Court is respectfully directed to close ECF No. 119.

Dated:    New York, New York
            July 8, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**