

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Elisheva L. Rosen**
*Litigating Senior Counsel*
Phone: (212) 356-3522
Fax: (212) 356-2349
Email: erosen@law.nyc.gov

August 29, 2025

**By ECF**
Magistrate Judge Sarah L. Cave
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  Arabia Jennings v. City of New York, et. al.
            Civil Action No.: 22-CV-1885

Dear Magistrate Judge Cave:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants City of New York ("City"), former Deputy Chief Edward Winski, and Assistant Commissioner Marisa Caggiano (collectively, "Defendants), in the above-referenced matter. In accordance with the Court's August 8, 2025, Order (ECF Dkt. No. 125), Defendants write to provide the Court with an update regarding Plaintiff's outstanding medical records.

      Two providers – Forest Hills Psychiatry and Dr. Salil Gupta – denied treating Plaintiff or having any patient records for Plaintiff. Four of Plaintiff's medical providers have failed to respond to the HIPAAs.

      Dr. Pamela Levine at New York Orthopedics has not responded to the HIPAAs, which were served on October 15, 2024, November 12, 2024, and July 7, 2025. My paraprofessional has also called Dr. Levine three times and has been unable to reach the medical provider and all messages left with Dr. Levine's answering service have not been returned.

      Dr. Susan Palmer at Advantage HealthCare was served a revised HIPAA release on July 7, 2024. Dr. Palmer's office acknowledged receipt of the release but has failed to produce the outstanding medical records despite multiple follow-ups by this Office.

      Dr. Sheela Sheelawanti at Advantage HealthCare was served a revised HIPAA release on July 7, 2024. Dr. Sheelawanti's office acknowledged receipt of the release but noted that some portions of the release were not properly filled out. Dr. Sheelawanti's office has failed to produce the outstanding medical records despite multiple follow-ups by this Office.

On August 14, 2025, Plaintiff provided an updated HIPAA for Dr. Eitan Melamed at Elmhurst Hospital. The provider has yet to respond.

At this point, Defendants have exhausted their attempts to obtain Plaintiff's medical records from her providers. As it is Plaintiff's burden to prove damages, and Defendants previously requested Plaintiff's medical records directly from Plaintiff, Plaintiff should be required to produce her own medical records. As these are Plaintiff's own medical records, they are easily within her custody and control; if Plaintiff does not already have copies of her own records, she can either pick up copies of her medical records during a visit to her provider or can call the provider and request a copy of her own records.

Respectfully submitted,

/s/ Elisheva L. Rosen
Elisheva L. Rosen
Litigating Senior Counsel

---

The Court is in receipt of Defendants' status letter at ECF No. 130. Having noted that Defendants filed a motion for summary judgment, the Court deems fact discovery closed.

The Clerk of the Court is respectfully directed to close ECF No. 130.

SO ORDERED    9/2/25

SARAH L. CAVE
United States Magistrate Judge