UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARABIA JENNINGS,

                    Plaintiff,

          -v-                                                    CIVIL ACTION NO. 22 Civ. 1885 (MMG) (SLC)

CITY OF NEW YORK; EDWARD WINSKI, in his official                 **ORDER**
and individual capacities; and MARISA CAGGIANO,
in her official and individual capacities,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendants' Motion to Strike Plaintiff's Declaration, portions of her counter 56.1 Statement, and certain exhibits submitted in opposition to Defendants' Summary Judgment motion (Dkt. No. 145 (the "MTS")) and Plaintiff's request for more time to respond to the MTS (Dkt. No. 149). In the MTS, Defendants argue, inter alia, that Plaintiff failed to include record citations in her 56.1 responses, that certain exhibits are inadmissible evidence, and that Plaintiff's Declaration is improper. (Dkt. No. 146). Motions to Strike are "particularly disfavored in the Rule 56.1 context" and even considered "improper" in this context by some courts. Pearlstein v. BlackBerry Ltd., No. 13 Civ. 7060 (CM) (KHP), 2022 WL 19792, at *7 (S.D.N.Y. Jan. 3, 2022). "Accordingly, courts in this Circuit frequently deny motions to strike paragraphs in Rule 56.1 statements, and simply disregard any improper assertions." Id. at 8 (collecting cases).

The Court is conducting a thorough review of Defendants' Motion for Summary Judgment (the "MSJ") during the course of which it will evaluate the evidence submitted by the parties and their assertions in the 56.1 Statement and responses and disregard any improper evidence or assertions. See Pearlstein, 2022 WL 19792, at *8. A Report and Recommendation on the MSJ

will issue in due course.  Accordingly, the MTS is DENIED and Plaintiff's request for an extension of time to respond to the MTS is DENIED as moot.

The Clerk of the Court is respectfully directed to close Dkt. Nos. 145 and 149.

Dated:    New York, New York
          January 9, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

2