LAW OFFICE OF
## SANDRA D. PARKER
110 EAST 59TH STREET · 22ND FLOOR
NEW YORK, NEW YORK 10022
WWW.SDP-LAW.COM

February 12, 2026

TELEPHONE 212-317-2883
FACSIMILE 212-317-1383
SPARKER@SDP-LAW.COM

**BY ECF**

Honorable Margaret M. Garnett
United States District Court
40 Foley Square, Courtroom 906
New York, NY 10007

RE:    Jennings v. City of New York et al.
       22 CV 1885 (MMG)(SLC)

Dear Judge Garnett:

This firm represents the Plaintiff in the above entitled action. Pursuant to paragraph I.B.5 of the Court's Individual Rules and Practices, Plaintiff respectfully requests a one day extension from February 17, 2026 to February 18, 2026 to submit her objections to the Report and Recommendation to grant Defendants' Motion for Summary Judgement, dated February 3, 2026 (R&R). ECF Doc. #151. This is Plaintiff's first request for an extension. Defendants consent to this request.

Plaintiff makes this request because of difficulties the undersigned has encountered and continues to encounter signing onto PACER, since the implementation of security measures. Most of the time I am unable to sign on, and am locked out of the system due to my numerous attempts to so. As a consequence, I have had to call the PACER office for assistance. Those calls involve waiting for several hours on the phone to speak to someone. The PACER office also has limited hours of operation. When I have been unable to sign onto PACER at a time that the office is closed, I have had to wait until the next day to obtain assistance. The one day extension gives the undersigned the opportunity to rectify any difficulties I may encounter filing Plaintiff's objections on February 17, 2026, and either I am unable to reach someone at the PACER office before it closes, or I encounter those difficulties when the PACER office is closed.

For the foregoing reasons Plaintiff respectfully requests a one day extension, until February 18, 2026 to file her objections to the R&R.

Respectfully,

/s/Sandra D. Parker

cc:    Elisheva L. Rosen, Esq. (By ECF)

GRANTED. The deadline to file objections to Judge Cave's Report and Recommendation (Dkt. No. 151) is extended to **February 18, 2026**.

SO ORDERED. Dated February 17, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE