**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

ARABIA JENNINGS,

Plaintiff,

22 **CIVIL** 1885 (MMG) (SLC)

-against-

**JUDGMENT**

CITY OF NEW YOR, et al.,

Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 22, 2026, the Court adopts the Report & Recommendation in its entirety. Accordingly, Defendants' motion for summary judgment is GRANTED in its entirety and the case is closed.

**Dated:** New York, New York

September 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**